| | |
|---|---|
| LOAD DELIVERED LOGISTICS, LLC d/b/a CAPSTONE LOGISTICS<br><br>Plaintiff,<br><br>v.<br><br>FREIGHT DIRECT LLC d/b/a GO FORWARD, and LIPA KRAUSZ a/k/a LEO KRAUSZ;<br><br>Defendants. | Civil Action No.: 7:23-cv-02012 |

## CONSENT JUDGMENT

1. Freight Direct LLC d/b/a Go Forward ("Freight Direct") is a New York limited liability company with its principal place of business in the State of New York, County of Orange. Freight Direct's sole owner is Lipa Krausz a/k/a Leo Krausz ("Krausz"), who is an individual resident of the State of New York, County of Kings (Freight Direct and Krausz are sometimes collectively referred herein to as "Defendants").

2. Load Delivered Logistics, LLC d/b/a Capstone Logistics ("Plaintiff") is an Illinois limited liability company with its principal place of business located in the State of Illinois, County of Cook. The plaintiff's sole parent company is a Delaware corporation with its principal place of business in the State of Georgia, County of Gwinnett. Subject matter jurisdiction is proper as the parties are of diverse citizenship and the amount in controversy herein exceeds $75,000.00.

3. On or about August 24, 2023, separate litigation styled as *Load Delivered Logistics, LLC d/b/a Capstone Logistics v. Freight Direct, LLC* filed in the United States District Court for the Southern District of New York, Civil Action No. 23-cv-2012 was settled during a Magistrate Judge mediation and resolved on terms set forth within that certain Settlement Agreement between

Plaintiff and Freight Direct. This Consent Judgment was executed as a material term of the Settlement Agreement.

4.  Defendants have authorized any attorney designated by Plaintiff to appear and file this Consent Judgment, jointly, against both Defendants Freight Direct, LLC and Lipa Krausz a/k/a Leo Krausz, in favor of Plaintiff, for the sum of  $72,500.00  , which constitutes the unpaid portion of the Settlement Payment set forth within the Parties' Settlement Agreement at the time of entry of this Consent Judgment.

5.  This Consent Judgment has been freely and voluntarily entered into by the Defendants after having had an opportunity to review it with counsel. Defendants irrevocably waive services of process and any challenge to venue or jurisdiction.

DATED this  22nd  day of  November  2023.

SO ORDERED AND ENTERED:

_____
Honorable Judge

[CONSENTS FOLLOW ON NEXT PAGE]

**PREPARED AND CONSENTED TO BY:**

**LOAD DELIVERED LOGISTICS, LLC d/b/a CAPSTONE LOGISTIC**

Signature: *William D. Meyer*

Name: William D. Meyer

Its: General Counsel

**CONSENTED TO BY:**
**FREIGHT DIRECT LLC d/b/a GO FORWARD**

Signature: _____

Name: LIPA KRAUSZ

Title: OWNER

SWORN TO and subscribed before me by

Chanan Markowitz,

Who is well-known to me, or has produced a valid driver's license as identification, this 4 day of September, 2023.

Notary Public
My Commission Expires:

*CHANAN MARKOWITZ
Notary Public, State of New York
Registration No. 01MA6394853
Qualified in Orange County
Commission Expires July 15 2027*

**CONSENTED TO BY:**
**LIPA KRAUSZ a/k/a LEO KRAUSZ**

Signature: _____

Name: LIPA KRAUS

SWORN TO and subscribed before me by

Chanan Markowitz,

Who is well-known to me, or has produced a valid driver's license as identification, this 4 day of sepr, 2023.

Notary Public
My Commission Expires:

*CHANAN MARKOWITZ
Notary Public, State of New York
Registration No. 01MA6394853
Qualified in Orange County
Commission Expires July 15 2027*

*Load Delivered Logistics, LLC v.
Freight Direct, LLC and Lipa Krausz a/k/a Leo Krausz
Consent Judgment*

Doc ID: c1a342bc900e13afc29b05c256aa5ccaae481fb0